C. A. 9th Cir. Certiorari granted. *Richard Gladstein* for petitioners. *Charles A. Hart* for respondent.

No. 87, Misc. BRUNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Charles J. Bloch* and *Ellsworth Hall, Jr.* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States stating that the Government does not oppose the granting of the petition.

No. 201, October Term, 1950. SACHER ET AL. *v.* UNITED STATES. Petition for rehearing granted. The order entered June 4, 1951, denying certiorari, 341 U. S. 952, is vacated and the petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is granted. The sole question for review is: Was the charge of contempt, as and when certified, one which the accusing judge was authorized under Rule 42 (a) [Federal Rules of Criminal Procedure] to determine and punish himself; or was it one to be adjudged and punished under Rule 42 (b) only by a judge other than the accusing one and after notice, hearing, and opportunity to defend? The motion for leave to file brief of National Lawyers Guild, as *amicus curiae*, is denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Paul L. Ross* and *Martin Popper* for petitioners.

No. 219. COMMISSIONER OF INTERNAL REVENUE *v.* VISINTAINER. C. A. 10th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *F. R. Carpenter* and *Stephen H. Hart* for respondent.